# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

139063

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARY RUTH CLARK,
       Petitioner-Appellee,

v

    SC: 139063
    COA: 290191
    State Tenure Comm: 08-000060

SWARTZ CREEK COMMUNITY SCHOOLS
BOARD OF EDUCATION,
       Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

Clerk

p0120